FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER JOHN CANNATA,<br><br>    Plaintiff,<br><br>v.<br><br>D. BASSHAM, DDS; RAMESH RAO, DDS; JOANNE PHILLIPS, Physician's Assistant, PA-C; JEFF BENNETT, Staff Sergeant; ELAINE MOORE, Dental Assistant; B. WHITE, CDA; E. MARTINEZ, Dental Associate; K. FORSS, Health Services Manager; D. CHLIPALA, Health Services Manager; CHRIS BOWMAN, Associate Superintendent, WSP; DONALD HOLBROOK, Superintendent, WSP; and J. McDANIEL, Chief Dentistry, DOC,<br><br>    Defendants. | NO: 4:19-CV-5230-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS BOWMAN, HOLBROOK, AND McDANIEL |

BEFORE THE COURT is the parties' Stipulation and Proposed Order to Dismiss Defendants Bowman, Holbrook, and McDaniel with prejudice. ECF No.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS
BOWMAN, HOLBROOK, AND McDANIEL ~ 1

37.  Having reviewed the stipulation, the Court finds good cause to approve the dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Proposed Order to Dismiss Defendants Bowman, Holbrook, and McDaniel, **ECF No. 37**, is **GRANTED**.

2. The claims against Defendants Chris Bowman, Donald Holbrook, and Joy McDaniel are **dismissed with prejudice**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, terminate Defendants Chris Bowman, Donald Holbrook, and Joy McDaniel, and provide copies to counsel and to Plaintiff.

**DATED** August 11, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS BOWMAN, HOLBROOK, AND McDANIEL ~ 2