1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 23, 2020**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER JOHN CANNATA,<br><br>             Plaintiff,<br><br>  v.<br><br>D. BASSHAM, DDS; RAMESH RAO, DDS; JOANNE PHILLIPS, Physician's Assistant, PA-C; JEFF BENNETT, Staff Sergeant; ELAINE MOORE, Dental Assistant; B. WHITE, CDA; E. MARTINEZ, Dental Associate; K. FORSS, Health Services Manager; D. CHLIPALA, Health Services Manager,<br><br>             Defendants. | NO:  4:19-CV-5230-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with prejudice, ECF No. 73.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulated Motion to Dismiss with prejudice, **ECF No. 73**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is **dismissed with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel and Plaintiff, and **close** this case.

**DATED** December 23, 2020.

                         *s/ Rosanna Malouf Peterson*
                       ROSANNA MALOUF PETERSON
                           United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2